

FILED
CLERK, U.S. DISTRICT COURT
JUL - 9 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

5:25-mj-00473

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE MANUEL VASQUEZ<br>Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

______________________________

______________________________

______________________________

______________________________

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- LACK OF IDENTIFIED BAIL RESOURCES
- UNVERIFIED BACKGROUND
- HISTORY OF CONTROLLED SUBSTANCE ABUSE
- UNSTABLE RESIDENTIAL HISTORY
- ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS

IT IS ORDERED that defendant be detained.

DATED: 7/9/25

[signature]

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE